UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

RENO PRESTON ROBERTS,
Institutional ID No. 2029343

        Plaintiff,

v.

ANDREA LOZADA, et al.,

        Defendants.

No. 5:21-CV-00170-BQ

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation that the Court deny Plaintiff's motion for restraining order. No objections were filed. The District Court made an independent examination of the record in this case and reviewed the Magistrate Judge's report for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate.

It is therefore ordered that Plaintiff's motion for restraining order (Dkt. No. 11) is denied.

This case will remain on the docket of the United States Magistrate Judge for completion of judicial screening, as described in the order of transfer dated August 23, 2021. (Dkt. No. 6.)

Dated December 16, 2021.

JAMES WESLEY HENDRIX
United States District Judge