UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| RENO PRESTON ROBERTS, <br><br> Plaintiff, <br><br> v. <br><br> SAAJIN MCNEW, <br><br> Defendant. | No. 5:21-CV-00170-H |

### ADMINISTRATIVE CLOSURE ORDER

The United States Magistrate Judge has advised the Court that the parties have settled this case through mediation. *See* Dkt. No. 95. Accordingly, the Court orders that all pending deadlines are stayed. *See* Dkt. No. 86.

The Court orders that this case be administratively closed for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated. The parties are directed to file a joint status report regarding the settlement no later than January 29, 2025. If a final settlement has been executed, the parties must submit a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a proposed order.

Signed October 7, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE